JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Plaintiff, *v.* MAX AARON et al., Defendants; LILLIAN B. WALDER, Respondent, and BENJAMIN H. ROTH et al., Copartners under the Firm Name of D. H. ROTH & Co., Appellants.

(Submitted April 13, 1936; decided April 21, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 568.)

MARTIN H. SMITH COMPANY, Appellant, *v.* AMERICAN PHARMACEUTICAL COMPANY, INC., et al., Respondents.

(Submitted April 13, 1936; decided April 21, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 184.)